1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | KENNY HUSON, | ) Case No.: 1:16-cv-01031 LJO JLT |
| 12 | Plaintiff, | ) |
| 13 | v. | ) ORDER TO PLANTIFF TO SHOW CAUSE WHY<br>) SANCTIONS SHOUD NOT BE IMPOSEDFOR<br>) FAILING TO COMPY WITH COURT ORDERS |
| 14 | COUNTY OF SAN BERNARDINO, et al., | ) AND TO PROSECUTE THIS ACTION |
| 15 | Defendants. | ) |
| 16 | | ) |

17      On July 13, 2016, the plaintiff initiated this action.  (Doc. 1)  On July 18, 2016, the Court

18  issued the summonses (Doc. 5) and its order setting the mandatory scheduling conference to occur on

19  October 17, 2016.[1]  (Doc. 6)  In its order setting the mandatory scheduling conference, the Court

20  advised counsel:

21          The Court is unable to conduct a scheduling conference until defendants have been
           served with the summons and complaint. Accordingly, plaintiff(s) shall diligently
22          pursue service of summons and complaint and dismiss those defendants against whom
           plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of
23          the summons and complaint so the Court has a record of service. **Counsel are referred
           to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint.**
24          **Failure to timely serve summons and complaint may result in the imposition of
           sanctions, including the dismissal of unserved defendants.**
25

26  (Doc. 6 at 1-2, emphasis added)  Though Fed.R.Civ.P. 4(m) permits only 90 days to service process,

27

28  _____
[1] There was a delay in issuing the summonses due to the plaintiff's failure to pay the filing fee.

Plaintiff has not filed a proof of service of the summons and complaint as to any defendant.

Therefore, the Court **ORDERS**,

       1.      No later than **October 25, 2016**, the plaintiff **SHALL** show cause why sanctions should not be imposed—up to and including dismissal of the action—for his failure to comply with the Court's orders to diligently serve the summons and complaint and file proofs of service and his failure to prosecute this action.  Alternatively, within the same time period, the plaintiff may file proof of service of the action on the defendants;

       2.      The mandatory scheduling conference is **CONTINUED** to **December 16, 2016** at 9:30 a.m.

IT IS SO ORDERED.

Dated:   __October 12, 2016__           __/s/ Jennifer L. Thurston__
                                          UNITED STATES MAGISTRATE JUDGE