1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **EASTERN DISTRICT OF CALIFORNIA**

10

11   KENNY HUSON,                          )   Case No.: 1:16-cv-01031 - LJO - JLT
                                           )
12                  Plaintiff,             )   ORDER DISCHARGING THE ORDER TO SHOW
                                           )   CAUSE AND GRANTING PLAINTIFF AN
13          v.                             )   EXTENSION OF THIRTY DAYS TO SERVE
                                           )   DEFENDANTS
14   STATE OF CALIFORNIA, et al.,          )
                                           )
15                  Defendants.            )   (Doc. 7)
                                           )
16   _____        )

17          On October 12, 2016, the Court ordered Plaintiff to show cause why sanctions should not be

18   imposed for failure to prosecute and failure to comply with the Court's orders to diligently serve the

19   summons and complaint and file proofs of service.  (Doc. 7)  In the alternative, the Court directed

20   Plaintiff to file proofs of service for the defendants.  (*Id.* at 2)

21          On October 25, 2016, Plaintiff's counsel Russell Kiner filed a timely response, in which he

22   informed the Court that he does not practice in the district court and "filed this…lawsuit on behalf of

23   [his] client to preserve his statute of limitations."  (Doc. 8 at 1)  Mr. Kiner reports he advised Plaintiff

24   "to find an attorney whom has experience practicing in Federal Court," but he has not heard from his

25   client.  (Doc. 8 at 1)  Further, Mr. Kiner reports he "had delayed serving the defendants so that new

26   counsel could proceed."  (*Id.*)  However, Mr. Kiner asserts he will serve the defendants "immediately,"

27   and requested thirty days to complete service on all the defendants.  (*Id.* at 2)

28   ///

                                            1

Based upon the information provided by Mr. Kiner, **IT IS HEREBY ORDERED**:

1.      The order to show cause dated October 12, 2016 (Doc. 7) is **DISCHARGED**;

2.      The request for an extension of thirty days is **GRANTED**; and

3.      Plaintiff SHALL file proofs of service no later than **November 26, 2016**.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the action be dismissed for failure to prosecute and failure to comply with the Court's orders**.


IT IS SO ORDERED.

Dated:   **October 31, 2016**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE