# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY HUSON,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No.: 1:16-cv-01031 - LJO - JLT<br><br>ORDER GRANTING STIPULATION IN PART FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>(Doc. 23) |

The parties have filed a stipulation to allow the plaintiff to file a second amended complaint. (Doc. 23)  Therefore the Court **ORDERS**:

   1.   The stipulation (Doc. 23) is **GRANTED in PART**.  The plaintiff is **GRANTED** leave to file a first amended complaint but he SHALL file it within 14 days[1].

IT IS SO ORDERED.

   Dated:   **February 24, 2017**              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The request for 30 days to file the first amended complaint is unsupported. In light of the filed motion to dismiss that sets forth the defects observed by the defendants and the meet and confer efforts between counsel, the deficiencies in the complaint should be apparent to the plaintiff and there is no justification for further extensive delay in this case.