# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY HUSON, | Case No. 1:16-CV-1031 LJO-JLT |
| **Plaintiff,** | |
| v. | **ORDER GRANTING DEFENDANTS' REQUEST FOR JUDGMENT OF DISMISSAL** |
| COUNTY OF SAN BERNADINO; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JEFFREY A. BEARD, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; NORTH KERN STATE PRISON; SANDRA PENNYWELL (ALFARO), WARDEN, NORTH KERN STATE PRISON; COUNTY OF SAN BERNADINO SHERIFF'S DEPARTMENT; JOHN McMAHON, SHERIFF, COUNTY OF SAN BERNADINO, AND DOES 1 TO 25, INCLUSIVE, | (ECF No. 38) |
| **Defendants.** | |

On May 19, 2017, the Court granted Defendants' motion to dismiss the First Amended Complaint with leave to amend. (ECF No. 37.) The Court ordered Plaintiff Kenny Huson to file any amended complaint by June 8, 2017. (*Id.* at 11.) Huson failed to file an amended complaint by the Court's deadline.

On June 13, 2017, Defendants filed a request that the Court enter a judgment of dismissal. (ECF No. 38.) Accordingly, the Clerk of Court is directed to enter judgment and CLOSE this case.

IT IS SO ORDERED.

Dated: __**June 22, 2017**__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE

1